```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  SEP 25 2009

            CENTRAL DISTRICT OF CALIFORNIA
            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JS-6

| | |
|---|---|
| ECOLOGY CONTROL INDUSTRIES, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST STORM, INC., a California corporation; RALPH PADILLA, an individual; MICHELLE PADILLA, an individual,<br><br>　　　　Defendants.<br>_____<br>WEST COAST STORM, INC., a California corporation; RALPH PADILLA, an individual; MICHELLE PADILLA, an individual,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>ECOLOGY CONTROL INDUSTRIES, INC., a California corporation,<br><br>　　　　Counterdefendants. | Case No.  CV09 00435 PA (PLAx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE: DISMISSAL |

- 1 -

[PROPOSED] ORDER ON STIPULATION
RE: SETTLEMENT

CAME ON THIS DAY for consideration of the Stipulated Dismissal of the asserted claims between Plaintiff, Ecology Control Industries, Inc., and Defendants, West Coast Storm, Inc., Ralph Padilla and Michelle Padilla, in this case, it is hereby

ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice only as to the claims, accused devices and counterclaims asserted in this litigation. It is, however, without prejudice and does not operate as *res judicata* or collateral estoppel as to any other claim or counterclaim. Nothing in this Order shall preclude any of the Defendants from asserting patent invalidity or unenforceability in any subsequent action.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

It is further ORDERED that the Court retain jurisdiction over any disputes arising from or related to the Settlement Agreement.

9/24/09

_____
U.S. DISTRICT COURT JUDGE